IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr136

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | **Simmons Dismissal** |
| TYRAN M. BRACE, | ) | **With Prejudice** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on defendant's Motion to Dismiss with Prejudice with Government Consent. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Dismiss with Prejudice with Government Consent (#52) is **GRANTED,** and the Bill of Indictment is **DISMISSED** with prejudice.

Signed: October 5, 2011

Max O. Cogburn Jr.
United States District Judge